K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, <br><br> Plaintiff, <br><br> vs. <br><br> McDONALD'S CORPORATION, ANTHONY M. ABBATE AND JOAN ABBATE, dba McDONALD'S, <br><br> Defendants. | No. 1:11-CV-00389-AWI-SMS <br><br> **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, Plaintiff John Morales ("Plaintiff") filed his Complaint on March 7, 2011;

**WHEREAS**, Plaintiff and Defendants McDonald's Corporation, Anthony Abbate and Joan Abbate ("Defendants") are engaged in settlement negotiations exploring the possibility of settlement;

**WHEREAS,** Defendants Anthony Abbate and Joan Abbate were only recently located and served and have not yet had the opportunity to appear in this action;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for May 11, 2011 which will not provide the parties enough time to explore settlement or meaningfully meet and confer;

/

/

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant McDonald's Corporation (the only defendant who has appeared in the action), by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date after June 3, 2011 in order to allow the parties time to explore settlement.

Date: April 22, 2011                              MOORE LAW FIRM, P.C.

                                                  /s/ Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff John Morales

                                                  GIBSON, DUNN & CRUTCHER LLP


                                                  /s/ Benjamin M. Glickman
                                                  Benjamin M. Glickman
                                                  Attorneys for Defendant McDonald's
                                                  Corporation

### ORDER

The parties having so stipulated and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for May 11, 2011 be continued to July 26, 2011 at 10:00 a.m. in Courtroom 7 before the Honorable Sandra M. Snyder.

IT IS SO ORDERED.

   Dated:   **April 22, 2011**                        **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE