Cathy L. Arias, CASB# 141989
Andrew R. Shalauta, CASB# 186821
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email:        carias@burnhambrown.com
              ashalauta@burnhambrown.com

Attorneys for Defendants
ANTHONY M. ABBATE and JOHN ABBATE (erroneously
sued herein as JOAN ABBATE) dba MCDONALD'S


Tanya E. Moore, CASB# 206683
K. Randoph Moore, CASB#1069333
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, CA 95112
Telephone:    (408) 298-2000
Facsimile:    (408) 298-6046
Email:        tanya@moorelawfirm.com

Attorneys for Plaintiff
JOHN MORALES

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No. 1:11-cv-00389-AWI-SMS |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT;** |
| v. | |
| MCDONALD'S CORPORATION, ANTHONY M. ABBATE and JOAN ABBATE dba McDONALD'S, | **ORDER** |
| | **Complaint Filed: March 7, 2011** |
| Defendants. | |

Plaintiff JOHN MORALES ("Plaintiff") and Defendants ANTHONY M. ABBATE and

JOHN ABBATE (erroneously sued herein as JOAN ABBATE) dba McDONALD'S

("Defendants"), through their counsel of record, HEREBY STIPULATE and agree to extend

1

Defendants time to answer or otherwise plead and respond to Plaintiff's complaint shall be extended. Defendants are to answer or otherwise plead and respond on or before May 19, 2011.

This stipulation will not alter the date of any hearing or conference set by the Court.

DATED: April 19, 2011                    MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
_____
Tanya E. Moore
Attorneys for Plaintiff
JOHN MORALES

DATED: April 19, 2011                    BURNHAM BROWN

/s/ Cathy L. Arias
_____
CATHY L. ARIAS
Attorneys for Defendants
ANTHONY M. ABBATE and JOHN ABBATE
(erroneously sued herein as JOAN ABBATE) dba
MCDONALD'S

IT IS SO ORDERED.

Dated:  May 3, 2011                    /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

1072384