Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>    Plaintiff,<br><br>  vs.<br><br>MCDONALD'S CORPORATION, et al.,<br><br>    Defendants. | No. 1:11-CV-00389-AWI-SMS<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, Plaintiff's counsel will be unavailable from July 6, 2011 through August 3, 2011;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for July 26, 2011 during Plaintiff's counsel's absence;

**WHEREAS**, the Parties are engaged in settlement negotiations in an effort to resolve this matter;

**IT IS HEREBY STIPULATED** by and between the Parties hereto, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date convenient to the Court after August 15, 2011.

Dated: June 23, 2011                    MOORE LAW FIRM, P.C.

                                        /s/ Tanya E. Moore
                                        Tanya E. Moore
                                        Attorneys for Plaintiff John Morales

*Morales v. McDonald's Corporation, et al.*
Stipulation to Continue Mandatory Scheduling Conference

Page 1

| | |
|---|---|
| Dated:  June 23, 2011 | BURNHAM BROWN |
| | /s/ Andrew R. Shalauta<br>Andrew R. Shalauta, Attorneys for Defendants Anthony M. Abbate and John Abbate |
| Dated:  June 23, 2011 | GIBSON, DUNN & CRUTCHER LLP |
| | /s/ Benjamin M. Glickman<br>Benjamin M. Glickman, Attorneys for Defendant McDonald's Corporation |

**ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 26, 2011 be continued to Thursday, August 25, 2011 at 9:15 a.m. in Courtroom 7 before the Honorable Sandra M. Snyder. A joint scheduling report shall be filed no later than seven (7) days prior to the conference.

**IT IS SO ORDERED**.

**Dated:   June 23, 2011**                                      /s/ Sandra M. Snyder
                                                                         **UNITED STATES MAGISTRATE JUDGE**

*Morales v. McDonald's Corporation, et al.*
Stipulation to Continue Mandatory Scheduling Conference