Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>          Plaintiff,<br><br>     vs.<br><br>MCDONALD'S CORPORATION, ANTHONY M. ABBATE and JOAN ABBATE dba McDONALD'S,<br><br>          Defendants. | No. 1:11-CV-00389-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants McDonald's Corporation, Anthony M. Abbate, and John Abbate (erroneously sued herein as Joan Abbate) dba McDonald's, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: September 28, 2011                                        MOORE LAW FIRM, P.C.


                                                                          /s/ Tanya E. Moore
                                                                         Tanya E. Moore,
                                                                         Attorneys for Plaintiff John Morales

*Morales v. McDonald's Corporation, et al.*
Stipulation for Dismissal

Page 1

1 | Date: September 28, 2011 | BURNHAM BROWN

/s/ Brendan Brownfield
Brendan M. Brownfield,
Attorneys for Defendants Anthony M. Abbate and John Abbate (erroneously sued herein as Joan Abbate), dba McDonald's

Date: September 28, 2011 | GIBSON, DUNN & CRUTCHER LLP

/s/ Benjamin M. Glickman
Benjamin M. Glickman,
Attorneys for Defendant
McDonald's Corporation

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   September 28, 2011

CHIEF UNITED STATES DISTRICT JUDGE

*Morales v. McDonald's Corporation, et al.*
Stipulation for Dismissal